# Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

JOSHUA ISHMAEL HORN,

                *Plaintiff*,

-against-                   Index No.:

GOLDMAN SACHS BANK USA,         **SUMMONS WITH NOTICE**

                *Defendants*.

**To the Entities Named as Defendants Above:**

    **PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED** to appear in this action by serving notice of appearance on the Plaintiff at the address of Plaintiff's counsel, via the NYSCEF system, within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the summons is not delivered personally to you within the State of New York.

    **YOU ARE HEREBY NOTIFIED THAT** should you fail to answer or appear, a judgment will be entered against by default for the relief demanded below.

**Dated: October 23, 2025**

                                                 */s/ Noah Kane*
                                                 **Noah Kane**
                                                 Consumer Attorneys PLLC
                                                 68-29 Main Street
                                                 Flushing, NY 11367
                                                 (518) 375-3963
                                                 nkane@consumerattorneys.com

**Defendant's Addresses:** Goldman Sachs Bank USA, 200 West St, New York, NY 10282.

**Notice: The nature of this action is:**

    Defendant Goldman Sachs Bank, USA ("Goldman") violated 15 USC § 1681s-2 (b) by failing, after receiving notice from Trans Union LLC, that Plaintiff had disputed information furnished by Goldman, to conduct reasonable investigations of the disputed information, and by failing, after being unable to verify the disputed information, to modify, delete, or permanently block reporting of the disputed information.

Defendant Goldman violated New York General Business Law § 349 by affirmatively and deceptively misrepresenting to Trans Union LLC details regarding Plaintiff's name and social security number.

As a consequence of Defendants' violations, Plaintiff's reputation for creditworthiness has suffered, and Plaintiff has suffered credit limit reduction as well as garden-variety emotional distress.

**The relief sought is:**
- Actual damages for both economic and emotional harm in an amount exceeding $25,000 and to be determined by the trier of fact,
- $1,000 in statutory damages per violation under the FCRA,
- $1,000 in statutory damages per violation under the NY GBL,
- punitive damages in an amount to be determined by the trier of fact,
- litigation costs and expenses, and
- reasonable attorney's fees.

Should Defendant fail to appear herein, judgment will be entered by default for the sum of $5,000,000.00, with interest to run from October 23, 2025.

**Venue:** Plaintiff designates New York County as the place of trial, because Defendant resides in New York County.

SAGE LEGAL
Corporate Service

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

**AFFIRMATION OF SERVICE**

*34998*

Index no : **164011/2025**
Date of Purchase: **10/23/2025**

| Plaintiff(s): | JOSHUA ISHMAEL HORN |
| Defendant(s): | GOLDMAN SACHS BANK USA |

**Brett Golub**, the undersigned, affirms that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **10/28/2025** at **2:07 PM**, I served the within **SUMMONS WITH NOTICE** on **GOLDMAN SACHS BANK USA**, the **Defendant(s)**, at **200 WEST STREET, NEW YORK, NY 10282**

By delivering to and leaving personally with **Cecilia M Perez**, **VICE PRESIDENT,** a true copy of each thereof.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Perceived gender | Perceived race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | HISPANIC / LATINO | Brown | 55 | 5ft 07in | 140 lbs |
| Other Features: | | | | | |

I affirm this 28th day of October, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X_____  
Brett Golub
License#: 1239212
B & G Legal Support Services Inc
225 BROADWAY Suite 3430
New York, NY 10007
212.635.3555
DCA License#: 2110710

Notary Not Required Pursuant To N.Y. CPLR 2106