**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSHUA ISHMAEL HORN,<br><br>        Plaintiff,<br><br>v.<br><br><br>GOLDMAN SACHS BANK USA,<br><br>        Defendant. | Case No.: 1:25-cv-09523-ALC-SDA<br><br><br>**[PROPOSED]** **ORDER EXTENDING**<br>**DEADLINE TO AMEND PLEADING** |

This matter came before the Court on the parties' Stipulation to Extend Deadline to Amend Pleadings. The Court, having considered the stipulation, finds as follows:

**IT IS HEREBY ORDERED** that the deadline to amend pleadings in this matter is extended to April 20, 2026.


**IT IS SO ORDERED**.


Dated: April 8, 2026

_____

HON. STEWART D. AARON

UNITED STATES MAGISTRATE JUDGE